IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 32.214.142.229

**ISP:** Frontier Communications
**Physical Location:** West Haven, CT

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 11/04/2017 10:53:49 | 3B72316E1121D23C0538D5015C05B2B20E9EF307 | The Tightest Blonde |
| 10/26/2017 10:34:38 | D9E3E139B1618A5B79431C98119F884914B02B06 | Hot Euro Brunettes |
| 10/11/2017 15:57:09 | 1D563AD0A859AB6D49E31F736E3454C1AD188DAA | Love Burns Again |
| 10/08/2017 16:02:26 | E181B3D4C82AEFEC1E90BDF7BA4D8E576A56A94F | I Cook Naked |
| 09/23/2017 01:39:21 | F1D45CBBC2919EFB17AEFBF600629C15AD444D13 | Piano Concerto |
| 09/06/2017 19:48:45 | E0BBEFB61A6DFBE04E16AAC9A594AFB289C693D1 | Susie Up Close and Personal |
| 08/31/2017 11:32:07 | 5FA368491E2308FB27D667CF9590BEB9793190A3 | Triple Treat |
| 08/31/2017 11:23:44 | 7F7BD0A6F6E60C864A8532D71C393CF6AEA78270 | Kiss From A Rose |
| 08/30/2017 10:46:04 | DB3FA3361CFB8621905E53012871F2A808F4E3B8 | Born To Be Wild |
| 08/28/2017 20:51:21 | 45EF8FA0C465CB7B49806B9593383C493A8FFD4B | Emerald Love |
| 08/21/2017 10:59:29 | D8397A245507C86FCCCD4D16D875343748B371F1 | Welcome To The Jungle |
| 07/01/2017 15:48:38 | B85668FA9E3A70ED92A0F1678FD414DB0FF9BEFB | XXX Threeway Games |

**Total Statutory Claims Against Defendant: 12**

EXHIBIT A